As Judge Thompson points out in his special writing, an appellate court cannot determine whether the trial court has complied with the Custody and Domestic or Family Abuse Act, § 30-3-130 et seq., Ala. Code 1975 ("the CDFAA"), when the evidence tends to prove that one or both parties to a custody dispute have committed acts of domestic violence and the trial court has made no express findings regarding that evidence. Like Judge Pitt-man, I am not convinced the supreme court's holding in Ex parte Fann, 810 So.2d 631 (Ala. 2001) — that the CDFAA does not expressly require the trial courts to make express findings regarding evidence of domestic violence — is unsound. Nonetheless, the need for such findings exists. In his special writing, Judge Pitt-man has pointed out that the Legislature could address this problem by amending the CDFAA or Rule 52, Ala. R. Civ. P. I write to point out that, pursuant to Article IV, § 150, of the Alabama Constitution of 1901, the supreme court is also authorized to make the necessary change to Rule 52.